UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Susan D. Wigenton |
| v. | Crim. No. 12-601 (SDW) |
| AMEDEO GAGLIOTI | ORDER FOR DETENTION |

This matter having come before the court on the application of the United States Attorney for the District of New Jersey (Assistant U.S. Attorney Charlton A. Rugg, appearing); the defendant having been represented by Angelo Servidio, Esq.; the defendant having consented to detention; and for good cause shown;

IT IS on this 19th day of September, 2012

ORDERED that the defendant be detained pending sentencing in this matter for the following reasons:

1. The defendant has consented to detention; and

2. The defendant has presented no evidence sufficient to overcome the presumption of detention pending sentencing set forth in 18 U.S.C. § 1343(a).

SEEN AND AGREED:

_[signature]_
Charlton A. Rugg
Assistant U.S. Attorney

_[signature]_
Angelo Servidio, Esq.
Counsel for Defendant

_[signature]_
HONORABLE SUSAN D. WIGENTON
United States District Judge